996

No. 83–646. SUAREZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–667. CROSS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–680. MOTLAGH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 83–684. SMITH v. LUBBERS, GENERAL COUNSEL, NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 83–695. SMITH INTERNATIONAL, INC. v. HUGHES TOOL CO. C. A. Fed. Cir. Certiorari denied.

No. 83–711. NIFONG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–718. BOTTI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5001. MADYUN v. FRANZEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–5005. CATANESE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5019. ROBERTS v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 83–5022. SALAZAR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–5023. BUSTAMANTE-CUADROS v. UNITED STATES; and
No. 83–5212. GRAVIER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–5029. LESTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5032. BANUELOS-SANCHEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.